UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 18 CR 873 |
| v. | ) |
| | ) |
| MATTHEW BERGER, | ) |
| | ) Judge DURKIN |
| Defendant. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on July 25, 2019, at 9:00 a.m. or as soon thereafter as I may be heard, I shall appear before the Honorable THOMAS M. DURKIN, or any judge sitting in his stead in Courtroom 1441, or in the courtroom usually occupied by him at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604, and shall present the following: *Motion for Release*.

By: /s/ Steven A. Greenberg

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that, in accordance with Rule 5 of the Federal Rules of Civil Procedure and the General Order on Electronic Case Filing (ECF), this Notice and the above-listed document(s) were served pursuant to the District Court's ECF system to ECF filers on July 21, 2019.

By: /s/ Steven A. Greenberg

STEVEN A. GREENBERG
Greenberg Trial Lawyers
53 West Jackson Blvd., Suite 1260
Chicago, Illinois 60604
(312) 879-9500
Steve@GreenbergCD.com