**FILED**

AUG -1 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE DURKIN

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW GREGORY BERGER | No. 18 CR 873 MAGISTRATE JUDGE GILBERT<br><br>Violations: Title 18, United States Code, Section 875(c); Title 18, United States Code, Section 115(a)(1)(B) |

**Superseding Indictment**

**COUNT ONE**

The SPECIAL JULY 2018 GRAND JURY charges:

On or about December 3, 2018, at approximately 8:07 p.m. Eastern Standard Time, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MATTHEW GREGORY BERGER,

defendant herein, knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another;

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about December 3, 2018, at approximately 8:13 p.m. Eastern Standard Time, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MATTHEW GREGORY BERGER,

defendant herein, knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another;

In violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about December 6, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MATTHEW GREGORY BERGER,

defendant herein, knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another;

In violation of Title 18, United States Code, Section 875(c).

## COUNT FOUR

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about December 14, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MATTHEW GREGORY BERGER,

defendant herein, knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another;

In violation of Title 18, United States Code, Section 875(c).

## COUNT FIVE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about December 17, 2018, at Chicago, in the Northern District of Illinois, Eastern division, and elsewhere,

MATTHEW GREGORY BERGER,

defendant herein, did threaten to assault and murder Federal law enforcement officers, with intent to impede, intimidate, and interfere with such officers while engaged in the performance of their official duties and with intent to retaliate against Federal law enforcement officers on account of the performance of their official duties; to wit, in that BERGER threatened to assault and kill employees of the U.S. Federal Bureau of Investigation;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY